IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-401-BO

| | | |
|---|---|---|
| LARON PARKS, | ) | |
|     Plaintiff, | ) | |
| v. | ) | O R D E R |
| BAR LOUIE, | ) | |
|     Defendant. | ) | |

This cause comes before the Court following plaintiff's response to the Court's order to show cause why this case should not be dismissed. [DE 10]. In his response, plaintiff asserts that he intended to allege a cause of action under the Uniformed Service Employment and Reemployment Rights Act of 1994 (USERRA), 38 U.S.C. §§ 4301, *et seq.*, and not under Title VII as alleged in his original complaint. Accordingly, the Court construes plaintiff's response as a motion to amend his complaint pursuant to Fed. R. Civ. P. 15(a). Because leave to amend should be freely given, the Court ALLOWS plaintiff's request to file an amended complaint.

Plaintiff shall file an amended complaint not later than January 22, 2020, to assert a claim under the USERRA. Plaintiff shall serve his amended complaint on defendant pursuant to Fed R. Civ. P. 4. *See* Fed. R. Civ. P. 5(a)(2). As it relates to the original complaint, the motion for default judgment [DE 6] is DENIED.

SO ORDERED, this 2 day of January, 2020.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE