IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-401-BO

| | | |
|---|---|---|
| LARON PARKS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| BAR LOUIE, | ) | |
|     Defendant. | ) | |

This cause comes before the Court following a status update filed by defendant. [DE 37]. In March 2020, the Court stayed all proceedings in this case after defendant filed a suggestion of bankruptcy stating that BL Restaurant Operations, LLC had filed a voluntary petition for relief in the United States Bankruptcy Court for the District of Delaware pursuant to Chapter 11 of the Bankruptcy Code. [DE 18].

After no substantive action had been taken in the case for a period of years, the Court administratively closed this case and directed defendant to continue to file status updates every 120 days. [DE 33]. In August 2023, defendant filed a status report notifying the Court that the bankruptcy case had closed and the legal entities BL Restaurant Franchises and BL Restaurant Operations had been dissolved. [DE 34]. Since that time, defendant has filed two additional status reports indicating that counsel is unaware of any material changes since the last status update. [DE 35, 37].

In light of the closure of the bankruptcy proceeding, the automatic stay imposed in this case pursuant to 11 U.S.C. § 362 is LIFTED and the case is returned to the active docket. The parties shall file, within twenty-one days of the date of entry of this order, either jointly or

separately, the appropriate motions or stipulations necessary to further the case toward a final resolution.

SO ORDERED, this __16__ day of April 2024.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE